# UNITED STATES DISTRICT COURT

District of    Massachusetts

CTC Communications Corp.

V.

CAMBEX Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11160 RCL**

TO: (Name and address of Defendant)

Cambex Corporation
115 Flanders Road
Westborough, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Dussi  Esq.
Cohn & Dussi  LLC
25 Burlington Mall Road
Burlington, MA 01803

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON



JUN - 3 2005

CLERK

(By) DEPUTY CLERK



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

July 20, 2005

By virtue of this writ I have made diligent search for the president, treasurer, clerk, cashier, secretary agent or other officer in charge of the business of the within-named judgment debtor corporation CAMBEX CORPORATION but could not find him/her/them within this county; I therefore return this writ without service. Deputy Expense ($15.00) Total Charges $15.00

_____
Deputy Sheriff

☐ Other (specify): _____



Worcester County Sheriff's Office • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

12/09/2005

I hereby certify and return that on 12/08/2005 at 12:20pm I served a true and attested copy of the Summons and Amende Complaint, Civil Cover Sheet, Exhibit A in this action in the following manner: To wit, by delivering in hand to LOIS LEHBERGER, agent, person in charge at the time of service for CAMBEX CORPORATION at 115 FLANDERS RD, WESTBOROUGH, MA. Fees: Service 30.00, Travel 16.32, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $56.82

Deputy Sheriff Ronald E Richard

_____
Deputy Sheriff

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.