UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CTC COMMUNICATIONS CORP.**

**V.**                                                                 **CIVIL ACTION NO. 05-11160-RCL**

**CAMBEX CORP.**

## NOTICE OF DEFAULT

For failure of the defendant, **Cambex Corp.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 28th day of February, 2006.

SARAH A. THORNTON, CLERK

By:/s/ Lisa M. Hourihan
February 28, 2006                                           Deputy Clerk