UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11160-RCL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CTC COMMUNICATIONS CORP.,**   \*
                               \*
             **Plaintiff**      \*
                               \*
vs.                            \*
                               \*
**CAMBEX CORPORATION,**         \*
                               \*
             **Defendant**      \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF VOLUNTARY DISMISSAL**
(Rule 41(a)(1))

Pursuant to the provisions of Federal Rules of Civil Procedure Rule 41(a)(1), the Plaintiff, CTC Communications Corp. ("CTC"), discontinues the above-captioned action and dismisses the complaint with prejudice.

                                                    Respectfully submitted,
                                                    CTC Communications Corp.,
                                                    By its attorneys,

July 21, 2006                            /s/ Tracy A. Kish
                                                  John J. Dussi, Esq.  BBO #546355
                                                  Tracy A. Kish, Esq., BBO#656918
                                                  Cohn & Dussi, LLC
                                                  25 Burlington Mall Road, 6th Floor
                                                  Burlington, MA 01803
                                                  (781)494-0200

## **CERTIFICATE OF SERVICE**

I, Tracy A. Kish, Esq., of the law firm of Cohn & Dussi, LLC, attorneys for the Plaintiff, CTC Communications Corp., in the forgoing action, hereby certify that I have this day served a copy of the within *Plaintiff's Notice of Voluntary Dismissal* attached hereto upon persons listed below, by first-class mail, postage pre-paid.

July 21, 2006                                                              /s/ Tracy A. Kish

Persons served:

Charles A. Dale III, Esq.
Elisabeth Schreuer, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110

Cambex Corporation
115 Flanders Road
Westborough, MA 01581

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11160-RCL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CTC COMMUNICATIONS CORP.,             \*
                                      \*
         **Plaintiff**                \*
                                      \*
vs.                                   \*
                                      \*
CAMBEX CORPORATION,                   \*
                                      \*
         **Defendant**                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF VOLUNTARY DISMISSAL**
(Rule 41(a)(1))

Pursuant to the provisions of Federal Rules of Civil Procedure Rule 41(a)(1), the Plaintiff, CTC Communications Corp. ("CTC"), discontinues the above-captioned action and dismisses the complaint with prejudice.

                              Respectfully submitted,
                              CTC Communications Corp.,
                              By its attorneys,

July 21, 2006                    /s/ Tracy A. Kish
                              John J. Dussi, Esq.  BBO #546355
                              Tracy A. Kish, Esq., BBO#656918
                              Cohn & Dussi, LLC
                              25 Burlington Mall Road, 6th Floor
                              Burlington, MA 01803
                              (781)494-0200

**CERTIFICATE OF SERVICE**

I, Tracy A. Kish, Esq., of the law firm of Cohn & Dussi, LLC, attorneys for the Plaintiff, CTC Communications Corp., in the forgoing action, hereby certify that I have this day served a copy of the within *Plaintiff's Notice of Voluntary Dismissal* attached hereto upon persons listed below, by first-class mail, postage pre-paid.

July 21, 2006                                              /s/ Tracy A. Kish

Persons served:

Charles A. Dale III, Esq.
Elisabeth Schreuer, Esq.
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110

Cambex Corporation
115 Flanders Road
Westborough, MA 01581